

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00011-CV
### No. 10-08-00012-CV

**AHF-ARBORS AT HUNTSVILLE I, LLC,**
**AND AHF-ARBORS AT HUNTSVILLE II, LLC**

                                                                **Appellants**

 **v.**

**WALKER COUNTY APPRAISAL DISTRICT,**

                                                                **Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court Nos. 0522992 and 0522994

## MEMORANDUM  OPINION

Appellants have filed an unopposed motion to dismiss these appeals.  *See* TEX. R. APP. P. 42.1(a)(1).  It states that the parties have entered into a settlement of the claims at issue and requests that costs be assessed against the party incurring them.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed with each party to pay the costs in this behalf expended as they have been incurred.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed March 21, 2013
[CV06]